AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## District of New Mexico

ALFRED GARCIA,

    Plaintiff,

        v.

DISCOVER FINANCIAL SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., and EQUIFAX
INFORMATION SERVICES, LLC.
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-CV-782-JC-RLP**

TO: (Name and address of defendant)

Trans Union, LLC

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| |
|---|
| Susan Warren |
| Feferman & Warren |
| 300 Central Avenue S.W. |
| Suite 2000 East |
| Albuquerque, NM  87102 |

an answer to the complaint which is herewith served upon you, within _____**TWENTY (20)**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Matt Dykman
CLERK

Natalie A. Marez
(BY) DEPUTY C



Thursday, August 16, 2007
DATE

# RETURN OF SERVICE

| Service of the summons and complaint was made by me on: | DATE  *21 August 2007* |
|---|---|
| NAME OF SERVER (PRINT)  *Donald E Murray* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with who the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *To Juella Montano for The Prentice-Hall Corporation System, Inc., Agent for Trans Union, LLC @ 11:59 am*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  *26.95* | TAX  *2.12* | TOTAL  *29.07* |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *21 August 2007*
Date

Signature of Server

*PO Box 1841 Santa Fe NM 87504-1841*
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.