**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALFRED GARCIA,

       Plaintiff,

vs.                               No. 07-cv-782-JC-RLP

DISCOVER FINANCIAL SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC and
EQUIFAX INFORMATION SERVICES, LLC.

       Defendants.

**ORDER TO SHOW CAUSE TO
THIRD PARTY CHASE MANHATTAN BANK, N.A.**

Plaintiff Alfred Garcia moved the Court to issue an order to show cause to third party Chase Manhattan Bank, N.A.

THE COURT FINDS:

1. Mr. Garcia's motion for order to show cause to Chase is well taken.

2. Mr. Garcia served a Notice of Rule 30(b)(6) Deposition *Duces Tecum* on Chase on February, 27, 2008.

3. Despite a deadline of March 18, 2008, Mr. Garcia has not received any new documents from Chase.

4. Despite a deposition set for March 21, 2008, Chase refuses to produce information regarding the identity or location of its Rule 30(b)(6) representative.

5. Chase has not filed with the Court any motion for a protective order, motion to quash the subpoena, or any other similar motion.

IT IS ORDERED that Chase appear by counsel telephonically before the Court on April 2, 2008, at 11:00 a.m., to explain its apparent failure to comply with the subpoena. Plaintiff's counsel shall arrange the conference call.

_____
Richard L. Puglisi
United States Magistrate Judge