IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFRED GARCIA,
    Plaintiff,

vs.                                  No. 07-CV-782-JC-RLP

DISCOVER FINANCIAL SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC and
EQUIFAX INFORMATION SERVICES, LLC.
    Defendants.

## DEPONENT CHASE MANHATTAN BANK, N.A.'S MOTION FOR A PROTECTIVE ORDER AND TO RESCHEDULE 30(B)(6) DEPOSITION SCHEDULED FOR 4/25/08 AT 9:00 A.M. MDT

Deponent Chase Manhattan Bank, N.A., properly known as Chase Bank USA, N.A., by counsel, moves to reschedule the 30(b)(6) deposition scheduled for 4/25/08 at 9:00 a.m.

Plaintiff has noticed a 30(b)(6) deposition of Chase Manhattan Bank, N.A., for 4/25/08 at 9:00 a.m. MDT. The deposition is scheduled to be a telephone deposition with the deponent in Wilmington, Delaware.

Unfortunately, the witness that Chase believed was the appropriate 30(b)(6) deponent, Mr. Richard "Rick" H. Eiel, is not in fact an appropriate witness to discuss the matters identified in the 30(b)(6) notice. The appropriate witness to discuss those matters is Ms. Lauren Martin. Ms. Martin is not available at the designated time and place due to a previous commitment. Under these circumstances, it would not be a good use of the parties' time to question Mr. Eiel. Accordingly, Mr. Eiel will not appear at the designated time and place.

Chase proposes that the deposition be rescheduled to any time after 10:00 a.m. EDT any day of the week beginning 4/28/08 or May 5, 6, or 7, 2008. Under the circumstances, Chase will

254975.1

attend to the rescheduling of the deposition at a time and date that will work for all interested parties so that Plaintiff's counsel will not have to undertake that activity.

All parties that the undersigned understands were scheduled to participate in the deposition have been asked for their concurrence to rescheduling by e-mail on a couple of occasions, but most recently by an e-mail sent today at 1:47 p.m. MDT. Plaintiff's counsel opposes the rescheduling under any circumstances. Counsel for Discover takes no position, counsel for Trans Union, Equifax and Experian do not oppose the motion and have provided alternate dates of availability.

**Wherefore**, Chase prays that the Court enter a Protective Order prohibiting the deposition as now scheduled, and permit the rescheduling of the deposition on one of the days set forth above.

Respectfully submitted,

LEWIS AND ROCA LLP

Thomas P. Gulley
*Attorney for Chase Manhattan Bank, N.A.*
P.O. Box 1027
Albuquerque, NM 87103-1027
505-764-5400

I hereby certify that a true and correct copy
of the foregoing pleading was electronically
filed and that electronic notification was sent
to the following on this 24th day of April, 2008:

Susan Warren
Feferman & Warren
*Attorney for Plaintiff Alfred Garcia*
300 Central Avenue SW
Suite 2000 East
Albuquerque, New Mexico 87102

Corbin Hildebrandt
Corbin Hildebrandt, P.C.
*Attorney for Defendant Discovery*
*Financial Services, LLC*
Sycamore Square, Suite 2000
1400 Central Ave, SE
Albuquerque, New Mexico 87106

Tamar Tal
*Attorney for Experian Information*
*Solutions, Inc.*
3 Park Plaza, Suite 1100
Irvine, California 92614

Charles J. Vigil
Rodey, Dickson, Sloan, Akin & Robb, P.A.
*Attorney for Defendant Experian Information*
*Solutions, Inc.*
PO Box 1888
Albuquerque, New Mexico 87103

Marc F. Kirkland
*Attorney for Defendant Trans Union, LLC*
2801 Network Blvd., Suite 600
Frisco, Texas 75034

Rodney L. Schlagel
Butt, Thornton & Baehr
*Attorney for Trans Union, LLC*
PO Box 3170
Albuquerque, New Mexico 87190

3

Stephanie Cope
*Attorney for Equifax Information Services, LLC*
1180 Peachtree Street
Atlanta, Georgia 30309

Patricia Williams
Wiggins, Williams & Wiggins
*Attorney for Defendant Equifax Information Services, LLC*
PO Box 1308
Albuquerque, New Mexico 87103

_____
Thomas P. Gulley